UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  4:07-cr-02-01-DFH-MGN |
| ANDREW BLACKBURN MCKEE | ) | |
| Defendant | ) | |

ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

The Court, having considered the Magistrate Judge's Report and Recommendation dated January 17, 2008, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED.  The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of (6) months (with a recommendation by the Court to the Bureau of Prisons that the defendant's sentence be served at a facility in Terre Haute, Indiana, and that the Defendant be considered for credit for time served since his arrest on January 4, 2008).  Also, the defendant is ordered to serve a  term of two (2) years supervised release following his term of imprisonment.

Date: 1/18/2008

DAVID F. HAMILTON,  JUDGE
United States District Court
Southern District of Indiana

Copies to:

Winfield D. Ong
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

William Yesowitch
100 North Sixth Street
Louisville, KY 40202

U.S. Marshal

U.S. Probation