UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:07-cr-2-DFH-MGN-1 |
| ) | |
| ANDREW BLACKBURN McKEE, ) | |
| ) | |
| Defendant. ) | |

## MAGISTRATE JUDGE'S REPORT
## AND RECOMMENDATION

This matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on March 13, 2009, on the Amended Petition for Warrant or Summons for Offender Under Supervision filed March 2, 2009. The Magistrate Judge made certain findings of fact upon the record which are attached hereto as "Exhibit A" and are incorporated by reference herein.

The Magistrate Judge recommends that the parties' agreement be implemented, that the defendant's sentence be amended, and that his sentence be served at an appropriate medical facility within the Bureau of Prisons.

**SO RECOMMENDED.**

**Dated:** March 20, 2009

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

- 2 -

**Copies to:**

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE
winfield.ong@usdoj.gov

Armand I. Judah
JUDAH-MCLEOD PLLC
elevro@msn.com